IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE PARKER-AMBROSE,

    Plaintiff,

v.	CV 15-650 WPL/SCY

GEORGE A. ORTEGA, III,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

On November 10, 2015, I entered an Order to Show Cause (Doc. 4), requiring Plaintiff to move the case forward with respect to Defendant Ortega or show good cause why she has not done so no later than December 10, 2015. Parker-Ambrose responded to the Order on December 3, 2015. (Doc. 5.) It now appearing that Parker-Ambrose has shown good cause for the delay, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge